IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Patent Armory Inc.,** | Case No. 1:24-cv-10016-JHR |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **LetsGetChecked, Inc.,** | |
| Defendant. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/31/2025

### ORDER GRANTING JOINT STIPULATION OF DISMISSAL

The request to dismiss all claims against Defendant LetsGetChecked, Inc. WITH PREJUDICE is hereby GRANTED.

Each party shall bear its own costs, expenses, and attorneys' fees.

SO ORDERED.

Dated: March 31, 2025
New York, New York

The Clerk of Court is directed to close the case.

_____
JENNIFER H. REARDEN
United States District Judge